**ORDERED.**

**LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.**
**252 WEST INA ROAD SUITE 203**
**TUCSON, AZ. 85704**
**(520) 628-8888**

**CHERYL K. COPPERSTONE**
**Bar No. 015009**
Attorney for Debtors

Dated: February 23, 2010

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Case No. **4:09-bk-06468-EWH** |
| **HECTOR A. PEDROZA** | Chapter 13 |
| **PATRICIA C. PEDROZA** | ORDER TO MODIFY MORTGAGE |
| Debtors. | |

    This matter having come before the Court on the Debtor's Motion to Modify Mortgage; proper notice having been given to all parties-in-interest, creditors and the Chapter 13 Trustee; the time within which to file an objection having expired; no objections having been served on debtors or their counsel;

    IT IS THEREFORE ORDERED that the debtor may modify the mortgage with Saxon Mortgage

    DATED _____.

_____
Honorable Eileen W. Hollowell
United States Bankruptcy Judge